1020

No. 00–1386. CLIFFS ON THE BAY CONDOMINIUM ASSN. *v.* SMITH ET UX. Sup. Ct. Mich. Certiorari denied.

No. 00–1398. JIMENEZ *v.* HIALEAH HOUSING AUTHORITY. C. A. 11th Cir. Certiorari denied.

No. 00–1402. INTERNATIONAL FIDELITY INSURANCE CO., INC. *v.* DRILL SOUTH, INC. C. A. 11th Cir. Certiorari denied.

No. 00–1404. GRANT, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS A MEMBER OF THE CITY OF LYNCHBURG ELECTORAL BOARD, ET AL. *v.* SALES ET AL. C. A. 4th Cir. Certiorari denied.

No. 00–1405. BARNES *v.* BARNES. Ct. Sp. App. Md. Certiorari denied.

No. 00–1411. WILSON, INDIVIDUALLY AND THROUGH HIS GUARDIAN AD LITEM, DUNMORE *v.* WASHINGTON ET AL. Sup. Ct. Wash. Certiorari denied.

No. 00–1414. SCHAEFER *v.* DENISON, DIRECTOR, NEVADA DEPARTMENT OF MOTOR VEHICLES AND PUBLIC SAFETY. Sup. Ct. Nev. Certiorari denied.

No. 00–1418. BARRINGER *v.* INDEPENDENT SCHOOL DISTRICT NO. I–89 OF OKLAHOMA COUNTY, OKLAHOMA BOARD OF EDUCATION. C. A. 10th Cir. Certiorari denied.

No. 00–1419. SIENKIEWICZ *v.* HART ET AL. C. A. 11th Cir. Certiorari denied.

No. 00–1421. PHELAN *v.* LARAMIE COUNTY COMMUNITY COLLEGE DISTRICT BOARD OF TRUSTEES ET AL. C. A. 10th Cir. Certiorari denied.

No. 00–1424. EVANS *v.* YARBROUGH, JUDGE, COURT OF COMMON PLEAS OF OHIO, FRANKLIN COUNTY, ET AL. C. A. 6th Cir. Certiorari denied.

No. 00–1427. WEST VIRGINIA EX REL. WINCHESTER MEDICAL CENTER *v.* SANDERS, JUDGE, CIRCUIT COURT OF BERKELEY COUNTY, ET AL. Sup. Ct. App. W. Va. Certiorari denied.